# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| CHURVIN ROSWILL WEBSTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.  4:19-cv-00691-LSC-JHE |
| ) | |
| MERRICK GARLAND, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

Petitioner Churvin Roswill Webster filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his continued detention pursuant to a final order of removal.  (Doc. 1).  On December 30, 2021, the magistrate judge entered a report recommending the court grant the respondent's motion to dismiss the petition as moot, (doc. 10), based on Webster's release pursuant to an Order of Supervision. (Doc. 11).  Although the magistrate judge advised Webster of his right to file objections, the court has not received any.  The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this

court. The respondent's motion to dismiss, (doc. 10), is due to be **GRANTED** and the petition for a writ of habeas corpus is due to be **DISMISSED** as moot. A separate Order will be entered.

    **DONE** and **ORDERED** on February 10, 2022.

                                                                   L. Scott Coogler
                                          United States District Judge

160704